**No. 10-9926. Ignacio Macias, Petitioner v. Bill Donat, Warden, et al.**

564 U.S. 1007, 131 S. Ct. 2994, 180 L. Ed. 2d 825, 2011 U.S. LEXIS 4482.

June 13, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 408 Fed. Appx. 44.